UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JAIME BRUCE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. G-11-245 |
| | § | |
| INTERNATIONAL FOUNDATION FOR | § | |
| EDUCATION AND SELF-HELP, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

Before the Court is a Report and Recommendation from Magistrate Judge Froeschner which recommends that Defendant's Motion to Dismiss for lack of personal jurisdiction be granted and all Plaintiff's claims against Defendant be dismissed. (Docket Entry ("Dkt.") No. 19). Although the parties have been afforded ample time to do so, neither has filed objections to the Report and Recommendations.

Despite the fact that no objections were filed, as required by 28 U.S.C. § 636(b)(1)(C), this Court has given this matter *de novo* review and, after careful consideration of the Motion, finds that Judge Froeschner's findings and recommendations are well-grounded in law and fact.

Accordingly, it is hereby, ORDERED AND ADJUDGED that:

1) The Report and Recommendation of Magistrate Judge Froeschner is ACCEPTED and ADOPTED;

2) Plaintiff request for jurisdictional discovery is DENIED;

3) **Defendant's Motion to Dismiss for lack of personal jurisdiction (Dkt. No. 3) is GRANTED; and**

4) **All claims asserted by Plaintiff against Defendant are DISMISSED for lack of personal jurisdiction.**

SIGNED at Houston, Texas this 12th day of October, 2011.

                                                Kenneth M. Hoyt
                                                United States District Judge